**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALONZO JASON**                                                      **CIVIL ACTION**

**versus**                                                                   **NO. 04-0882**

**BURL CAIN, WARDEN**                                       **SECTION: "S" (1)**

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, hereby denies the petitioner's objections, approves the Report and Recommendation of the United States Magistrate Judge, and adopts it as its own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Alonzo Jason** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 13th day of October, 2006.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**